| | | |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 31 |
| HENRY MARK BOBOTEK | * | September Term, 2023 |
| | * | |

**O R D E R**

Upon consideration of the joint petition for reprimand by consent in which the parties advise that the Respondent agrees that his conduct violated Rules 1.1 and 1.15 of the Maryland Attorneys' Rules of Professional Conduct and § 14.5-810 of the Estates and Trusts Article of the Maryland Code, it is this 19th day of January 2024

ORDERED, by the Supreme Court of Maryland, that the Respondent, Henry Mark Bobotek, is REPRIMANDED; and it is further

ORDERED, that the Respondent, Henry Mark Bobotek, shall pay costs in this matter in the amount of $1,114.65.

/s/ Matthew J. Fader
Chief Justice